**ERRATUM**

Judgment accompanying <u>Thai Plastic Bags Industries Co., Ltd, et al. v. United States</u>, Consol. Court No. 11-00408, Slip Op. 13-139, dated November 13, 2013.

Page 2: The heading presently reading "Court No. 10-00180" should be changed to "Consol. Court No. 11-00408".

November 14, 2013